IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Ocala Division

| | |
|---|---|
| TIRSA HAYNES, | ) |
| Plaintiff, | ) |
| v. | ) Case No.5:11-cv-250-OC-32MCR |
| OCEAN HOSPITALITIES, INC., a Florida Corporation, AISSIS ALUNI, an individual, OCALA INNKEEPERS, INC., a Foreign Corporation d/b/a/ Holiday Inn & Conference Center Ocala, and MGM HOTELS, LLC, a Florida Limited Liability Company, | ) |
| Defendants. | ) |
| OCALA INNKEEPERS, INC. and OCEAN HOSPITALITIES, INC., | ) |
| Plaintiffs-in-Crossclaim, Defendants-in-Crossclaim v. | ) |
| MGM HOTELS, LLC, | ) |
| Defendant-in-Crossclaim Plaintiff-in-Crossclaim. | ) |

**ORDER DISMISSING CROSSCLAIMS WITH PREJUDICE
BASED ON STIPULATION OF THE PARTIES**

The Crossclaimants named above, having notified the Court of a settlement of all claims between them, [Doc. 74], and having stipulated by their signatures below to the dismissal with prejudice of all claims between them pursuant to F.R.Civ.P Rules 41(a)(1)(A)(ii) and 41(c), the following is hereby ORDERED:

1

1. The Crossclaims of all crossclaimants are hereby **dismissed with prejudice.**

2. The claims asserted by plaintiff were previously dismissed with prejudice, as set forth by the Order of this Court dated November 1, 2012, [Doc. no. 58].

3. This case was previously closed pursuant to Local Rule 3.08(b), pending receipt of a stipulated form of final order, [see, Order dated May 29, 2013, Doc. 75]. By entry of this Order, all claims and issues have been fully resolved.

**DONE AND ORDERED**, in Ocala, Florida, this 31 day of May, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

s/s Karl M. Terrell
Admitted *Pro Hac Vice*
Georgia Bar No. 702265
STOKES ROBERTS & WAGNER, ALC
3593 Hemphill Street
Atlanta, Georgia  30337
Telephone: (404) 766-0076
Telefax: (404) 766-8823
kterrell@stokesroberts.coM

s/s Patrick Gilligan
Patrick G. Gilligan, Esq.
Florida Bar No. 375454
GILLIGAN, GOODING & FRANJOLA, P.A.
1531 SE 36th Avenue
Ocala, FL  34471
Telephone: (352) 867-7707
Telefax: (352) 867-0237
Pgilligan@ocalalaw.com

Attorneys for MGM Hotels, LLC

s/s/ Kimberly A. Gilmour
KIMBERLY A. GILMOUR, ESQ.
Florida Bar No.: 0475629
KIMBERLY A. GILMOUR, P.A.
4179 Davie Road - Suite 101
Davie, FL 33314
Telephone: (954) 584-6460
Telefax: (954) 327-1555
Gilmourlaw@aol.com

Attorneys for Defendants Ocean Hospitalities, Inc. and Ocala Innkeepers, Inc.

2